# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| In re:   TITUS KEVIN PHILE | Chapter 13 |
| AMANDA BEA-JAY SAVIGNANO | Case No.: 24-50609-FJS |
| Debtors | |

### STANDING TRUSTEE'S NOTICE OF OBJECTION TO CONFIRMATION OF SECOND MODIFIED CHAPTER 13 PLAN AND NOTICE OF HEARING

*NOTICE OF OBJECTION:*

**PLEASE TAKE NOTICE** that Gregory D. Stefan, Chapter 13 Trustee (the "Trustee") has filed an Objection to Confirmation (the "Objection"), a copy of which is attached.  **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to deny confirmation of your Chapter 13 Plan or if you want the Court to consider your views on the Objection, then you or your attorney must attend the hearing on the Objection.

*NOTICE OF HEARING*:

**A HEARING ON THE OBJECTION TO CONFIRMATION IS SCHEDULED FOR FRIDAY, APRIL 25, 2025, AT 10:05 AM (EST) AT UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, NEWPORT NEWS DIVISION, 2400 WEST AVENUE, NEWPORT NEWS, VIRGINIA.**

| | |
|---|---|
| Date: February 25, 2025 | /s/ Gregory D. Stefan |
| | Gregory D. Stefan |
| | Chapter 13 Standing Trustee |

Gregory D. Stefan, VSB No. 40855
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402,
Chesapeake, VA  23320
(757) 961-3000 Telephone
(757) 961-3001 Facsimile
gdstefan@gdsch13.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Objection and Notice of Hearing was served via First Class mail or Electronic Notice this 25th day of February, 2025 to:

| | |
|---|---|
| TITUS KEVIN PHILE<br>AMANDA BEA-JAY SAVIGNANO<br>924 SALEM CHURCH RD.<br>DIGGS, VA 23045 | STEVE C TAYLOR, ESQUIRE<br>133 MT PLEASANT RD<br>CHESAPEAKE, VA 23322<br>(via Electronic Notice) |

/s/ Gregory D. Stefan

Gregory D. Stefan
Chapter 13 Standing Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| In re:   TITUS KEVIN PHILE | Chapter 13 |
| AMANDA BEA-JAY SAVIGNANO | Case No.: 24-50609-FJS |
| Debtors | |

### STANDING TRUSTEE'S OBJECTION TO CONFIRMATION OF SECOND MODIFIED CHAPTER 13 PLAN

COMES NOW Gregory D. Stefan, Chapter 13 Standing Trustee, and hereby respectfully objects to confirmation by the Court of a Plan submitted by the Debtors, filed, February 11, 2025, on the following grounds:

1. The Trustee requests copies of Mr. Phile's latest 2 pay slips, Mr. Phile's final 2024 pay slip showing the year-to-date income figures and amended Schedules to accurately breakout his average monthly overtime.

2. Unless TMX Finance of Virginia, Inc. amends its claim to secured, the Trustee cannot pay the claim as secured as proposed by the Plan.

3. Part 12 of the Plan states that no mortgage arrearage will be paid through the Plan as Debtors has received preliminary approval for a loan modification.  The Trustee requests a copy of the preliminary approval for the loan modification.  Further, the Plan cannot be confirmed until a Motion to Approve Loan Modification has been filed and approved.

4. The Plan cannot be confirmed unless the pending motion to dismiss has been satisfactorily resolved.

WHEREFORE, the Standing Trustee objects to confirmation of the proposed Chapter 13 Plan.

Date: February 25, 2025                         /s/ Gregory D. Stefan
                                                Gregory D. Stefan
                                                Chapter 13 Standing Trustee

Gregory D. Stefan, VSB No. 40855
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402,
Chesapeake, VA  23320
(757) 961-3000 Telephone
(757) 961-3001 Facsimile
gdstefan@gdsch13.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Objection was served via First Class mail or Electronic Notice this 25th day of February, 2025 to:

TITUS KEVIN PHILE
AMANDA BEA-JAY SAVIGNANO
924 SALEM CHURCH RD.
DIGGS, VA 23045

STEVE C TAYLOR, ESQUIRE
133 MT PLEASANT RD
CHESAPEAKE, VA 23322
(via Electronic Notice)

/s/ Gregory D. Stefan

Gregory D. Stefan
Chapter 13 Standing Trustee